## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**
**for AMEC ENVIRONMENT &**
**INFRASTRUCTURE, INC.,**

    **Plaintiff,**

**v.**                                                                                                  **No. 14-cv-0580 SCY/SMV**

**GREAT AMERICAN INSURANCE GROUP**
**and HARDRIVES CONSTRUCTION, INC.,**

    **Defendants.**

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:         August 14, 2014, at 9:30 a.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is hereby set for **August 14, 2014, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.